**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6320**

---

JOSEPH FREDERICK MOORE,

Petitioner - Appellant,

versus

H. R. POWELL, Warden,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-97-595-3)

---

Submitted:  August 27, 1998       Decided:  September 17, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Joseph Frederick Moore, Appellant Pro Se.  Leah Ann Darron, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998), as untimely filed. Appellant's conviction became final before April 24, 1996, the effective date of the Antiterrorism and Effective Death Penalty Act of 1996. On August 5, 1997, Appellant filed a § 2254 petition. The district court denied relief because Appellant filed his petition outside the one-year limitation period imposed by 28 U.S.C.A. § 2244(d) (West 1994 & Supp. 1998). See Brown v. Angelone, ___ F.3d ___, Nos. 96-7173, 96-7208, 1998 WL 389030 (4th Cir. July 14, 1998) (holding that petitioner had until April 23, 1997, in which to file a timely petition). Because Appellant filed his § 2254 petition after April 23, 1997, and because his second state post-conviction petition did not toll the limitation period, we find that the petition was untimely filed. See 28 U.S.C.A. § 2244(d)(1), (2). Accordingly, we deny a certificate of appealability, deny Appellant's motion to expedite the appeal as moot, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED